# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA WILDLIFE ALLIANCE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. FISH AND WILDLIFE SERVICE, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>ALASKA OIL AND GAS ASSOCIATION,<br><br>    Intervenor-Defendant. | Case No. 3:21-cv-00209-SLG |

## ORDER RE UNOPPOSED MOTION TO INTERVENE BY THE ALASKA OIL AND GAS ASSOCIATION

Before the Court at Docket 13 is the *Unopposed Motion to Intervene by the Alaska Oil and Gas Association.* Plaintiffs and Federal Defendants take no position on the motion.

Good cause being shown, IT IS ORDERED that Alaska Oil and Gas Association's ("AOGA") motion to intervene under Federal Rule of Civil Procedure 24 is GRANTED. AOGA is hereby admitted into this litigation as an intervenor-defendant with full rights of participation. AOGA shall file a clean copy of its

Answer within 7 days of the date of this order. The case caption in this matter is amended as set forth above.

DATED this 2nd day of November, 2021, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cv-00209-SLG, *Alaska Wildlife Alliance, et al. v. U.S. Fish & Wildlife Service, et al.*
Order re Unopposed Motion to Intervene by the Alaska Oil and Gas Association
Page 2 of 2

Case 3:21-cv-00209-SLG   Document 15   Filed 11/02/21   Page 2 of 2