Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
James C. Feldman (Bar No. 1702003)
james.feldman@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for Alaska Oil and Gas Association

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA WILDLIFE ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FISH & WILDLIFE SERVICE, *et al.*, <br><br> Defendants, <br><br> and <br><br> ALASKA OIL AND GAS ASSOCIATION, <br><br> Intervenor-Defendant. | No.: 3:21-cv-00209-SLG |

*Alaska Wildlife All., et al. v. U.S. Fish & Wildlife Serv., et al.*
Case No. 3:21-cv-00209-SLG           1

TO: The Clerk of the Court

AND TO: Counsel of Record

PLEASE TAKE Notice that Jason T. Morgan, hereby notifies the Court, Plaintiffs, and Defendants of his appearance as counsel for Intervenor-Defendant Alaska Oil and Gas Association in the above-entitled matter in addition to Ryan Steen. Mr. Morgan has established a CM/ECF account with the Court in accordance with Local Rules. Please send all pleadings, filing and correspondence to the following address:

>  Jason T. Morgan
>  STOEL RIVES LLP
>  600 University Street, Suite 3600
>  Seattle, WA 98101
>  Telephone: (206) 386-7527
>  Facsimile: (206) 386-7500
>  jason.morgan@stoel.com

DATED: November 3, 2021

STOEL RIVES LLP

By: */s/ Jason T. Morgan*
Ryan P. Steen (Bar No. 0912084)
Jason T. Morgan (Bar No. 1602010)
James C. Feldman (Bar No. 1702003)

Attorneys for Alaska Oil and Gas Association

*Alaska Wildlife All., et al. v. U.S. Fish & Wildlife Serv., et al.*
Case No. 3:21-cv-00209-SLG     2

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2021, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:21-cv-00209-SLG who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Jason T. Morgan
Jason T. Morgan

112917664.1 0010627-00048

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

*Alaska Wildlife All., et al. v. U.S. Fish & Wildlife Serv., et al.*
Case No. 3:21-cv-00209-SLG    3