Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
James C. Feldman (Bar No. 1702003)
james.feldman@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for Alaska Oil and Gas Association

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA WILDLIFE ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FISH & WILDLIFE SERVICE, *et al.*, <br><br> Defendants, <br><br> and <br><br> ALASKA OIL AND GAS ASSOCIATION, *et al.*, <br><br> Intervenor-Defendants. | No.: 3:21-cv-00209-SLG |

**JOINT MOTION TO CONVENTIONALLY FILE JOINT APPENDIX
CONTAINING EXCERPTS OF ADMINISTRATIVE RECORD**

*Alaska Wildlife All., et al. v. U.S. Fish & Wildlife Serv., et al.*
Case No. 3:21-cv-00209-SLG                  1

Pursuant to Local Civil Rule 7.3(c) and Local Civil Rule 16.3(b)(1)(B), the parties in the above-captioned litigation respectfully move for leave to file conventionally via USB flash drive the Joint Appendix containing the excerpts of the administrative records relied on by the parties in their respective briefings. Good cause exists for filing the Joint Appendix conventionally because numerous documents cited by the parties exceed 10 megabytes and are too large to file electronically via CM/ECF.

Additionally, the parties respectfully request that the Court waive the requirement that the parties provide a physical Chambers copy of the Joint Appendix. The excerpts of the administrative record cited by the parties consist of several thousand pages and would fill at least four of the largest three-ring binders. For the Court's convenience, the parties propose to lodge the conventionally filed materials on USB flash drives with copies for both the Clerk of Court and Chambers.

DATED: August 3, 2022.

STOEL RIVES LLP

By: /s/ James C. Feldman
Ryan P. Steen (Bar No. 0912084)
Jason T. Morgan (Bar No. 1602010)
James C. Feldman (Bar No. 1702003)

*Attorneys for Alaska Oil and Gas Association*

/s/ Bridget Psarianos (consent)
Bridget Psarianos (AK Bar No. 1705025)
Brook Brisson (AK Bar No. 0905013)
Joanna Cahoon (1405034)

*Alaska Wildlife All., et al. v. U.S. Fish & Wildlife Serv., et al.*
Case No. 3:21-cv-00209-SLG    2

TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
bpsarianos@trustees.org
bbrisson@trustees.org
jcahoon@trustees.org

*Attorneys for Plaintiffs*
*Alaska Wildlife Alliance, Alaska Wilderness*
*League, Defenders of Wildlife, Environment America,*
*and Sierra Club*

*s/ Karimah Schoenhut* (consent)
Karimah Schoenhut (pro hac vice)
SIERRA CLUB ENVIRONMENTAL LAW
PROGRAM
50 F St., NW 8th Floor
Washington, DC 20001
Phone: (202) 548-4584
Fax: (202) 547-6009
karimah.schoenhut@sierraclub.org

*Attorney for Plaintiff Sierra Club*

*s/ Kristen Monsell* (consent)
Kristen Monsell (pro hac vice)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7137
Fax: (510) 844-7150
kmonsell@biologicaldiversity.org

*Attorney for Plaintiffs Center for Biological Diversity*
*and Friends of the Earth*

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

s/ *John H. Martin* (consent)
JOHN H. MARTIN (Colo. Bar 32667)
Trial Attorney, Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
john.h.martin@usdoj.gov
Tel: (303) 844-1383
Fax: (303) 844-1350

BRAD LENEIS
Trial Attorney, Natural Resources Section
United States Department of Justice
Post Office Box 7611
Washington, D.C. 20044-7611
brad.leneis@usdoj.gov
Tel: (202) 616-5082

*Of Counsel:*
DUSTIN GLAZIER
Assistant U.S. Attorney
United States Attorney's Office – District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9 Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-2303
Fax: (907) 271-2344
Email: Dustin.Glazier@usdoj.gov

Michael P. Routhier
Office of the Solicitor
U.S. Department of the Interior
Anchorage, Alaska

*Attorneys for Federal Defendants*

/s/ *Cheryl Rawls Brooking* (consent)
Cheryl Rawls Brooking
Senior Assistant Attorney General
Alaska Bar No. 9211069
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: cheryl.brooking@alaska.gov

Ronald W. Opsahl
Senior Assistant Attorney General
Alaska Bar No. 2108081
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: ron.opsahl@alaska.gov

*Attorneys for the State of Alaska*

# CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2022, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:21-cv-00209-SLG who are registered CM/ECF users will be served by the CM/ECF system.

*s/ James C. Feldman*
James C. Feldman

116309194.1 0010627-00056

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*